UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

TRESTON IRBY,

       Plaintiff,

   -v-                                                                    No.   25-CV-5457-LTS-JW

RN'D DISTRIBUTION LLC, and
APPLE INC. D/B/A APPLE COMPUTER,

       Defendants.                              <u>ORDER</u>

--------------------------------------------------------x


       This matter having been commenced by the filing of a complaint on July 1, 2025, and the defendant RN'D Distribution LLC ("RND") having failed to interpose a timely answer to the complaint or otherwise move in this proceeding, and the plaintiff having sought permission to move for a default judgment, it is hereby

       ORDERED, that the plaintiff may make a motion for a default judgment; and it is further

       ORDERED, that such motion for default judgment must be served on the defendant RND and must be accompanied by copies of the Clerk's Certificate and of proof of service of the summons and complaint and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

       ORDERED, that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

       ORDERED, that plaintiff must serve a copy of this Order on defendant RND and file proof of such service within fourteen (14) days from the date hereof.

Dated:  New York, New York
      November 25, 2025


                              <u>/s/ Laura Taylor Swain</u>
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge